JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROY GRAY,<br><br>        Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>       Defendant. | Case No. 2:21-cv-04198-RGK (KSx)<br><br>(Honorable R. Gary Klausner)<br><br>~~[PROPOSED]~~ **JUDGMENT** |

# JUDGMENT

Plaintiff James Troy Gray ("Plaintiff") filed this lawsuit against Defendant Unum Life Insurance Company of America ("Unum") on May 19, 2021.

After considering the information contained in the Administrative Record, as well as in the parties' respective opening and responsive trial briefs, on July 11, 2022, this Court issued an Order Re: Court Trial (Doc. # 33) in which it granted judgment to Unum. For the reasons set forth in that Order, this Court found that Plaintiff failed to meet his burden of showing that he is disabled within the meaning of the ERISA-governed disability policy issued by Unum.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Unum and against Plaintiff, and that Plaintiff shall receive no relief in this action.

Unum is entitled to seek from Plaintiff its costs of suit incurred in this case, including such reasonable attorneys' fees as may be allowed by case or statutory authorities. Such motion for fees and costs shall be filed on or before August 22, 2022.

Dated: _____ July 18 _____, 2022

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1